1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  MAUREEN C. BESSETTE (CABN 165775)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Maureen.Bessette@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                               OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,     ) CASE NO. 4:22-mj-71570-MAG
                                   )
14 |     Plaintiff,                ) [PROPOSED] DETENTION ORDER
                                   )
15 |  v.                           )
                                   )
16 | ONAJE MUSTAFA PREE,           )
                                   )
17 |     Defendant.                )
                                   )
18

19       On December 5, 2022, the United States filed a Notice of Proceedings on Out-of-District

20 Criminal Charges pursuant to Rule 5(c)(2) and (3) of the Federal Rules of Criminal Procedure based on

21 a petition filed by the probation office charging defendant Onaje Mustafa Pree with violating the terms

22 of his supervised release set in the Eastern District of Washington.

23       This matter came before the Court on December 8, 2022 for a detention hearing.  The defendant

24 was present and represented by Assistant Federal Public Defender Angela Hansen, and Assistant United

25 States Attorney Maureen Bessette appeared for the government.  The government moved for detention,

26 and the defendant opposed.  At the hearing, counsel submitted proffers and arguments regarding

27 detention.

28       Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

the record, the Court finds that the defendant did not prove by clear and convincing evidence that any condition or combination of conditions will reasonably assure his appearance in the Eastern District of Washington. Accordingly, the defendant must be detained pending his transfer to that district.

THEREFORE, IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel;

3. The United States Marshal shall transport the defendant to the Eastern District of Washington to appear in this matter regarding violations of the terms of his supervised release.

IT IS SO ORDERED.

DATED: December 9, 2022

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge